```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DAVID WESLEY CAMPBELL,       )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:20cv660-MHT
                             )              (WO)
JEFFERSON S. DUNN, et al.,   )
                             )
     Defendants.             )
```

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order that prison authorities transfer back to the prisons from which they came certain inmates who were transferred to Ventress Correctional Facility after testing positive for COVID-19, reduce the inmate population at Ventress, and follow the guidelines of the Centers for Disease Control to stem the spread of the virus. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent

and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 29) is adopted.

(2) The motion for preliminary injunction (Doc. 10 at 11) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 16th day of March, 2021.

                                          /s/ Myron H. Thompson  
                                         UNITED STATES DISTRICT JUDGE