IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID WESLEY CAMPBELL,    ) | |
| Plaintiff,   ) | |
|    ) | CIVIL ACTION NO. |
| v.    ) | 2:20cv660-MHT |
|    ) | (WO) |
| JEFFERSON S. DUNN, et al.,   ) | |
| Defendants.   ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging conditions at Ventress Correctional Facility related to the COVID-19 pandemic. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

DONE, this the 28th day of June, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE